**ADRIAN M. LOBO, ESQ.**
Nevada Bar #10919
Lobo Law PLLC
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 290-8998
Fax: (702) 442-2626
Email: adrianlobo@lobolaw.net
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EFRAIN GARCIA-MEDINA,<br><br>Defendant. | CASE NO.: **2:17-cr-00359-RFB-GWF-1**<br><br>**MOTION FOR PRE-PLEA CRIMINAL HISTORY CALCULATION** |

COMES NOW the Defendant, EFRAIN GARCIA-MEDINA, by and through his attorney ADRIAN M. LOBO of Lobo Law PLLC, and moves this Honorable Court for Pre-plea Criminal History Calculation.

1. The Government has made an offer to resolve this matter pursuant to a Guilty Plea Agreement rather than proceeding forward with the Jury Trial that is scheduled for October 15, 2018. To adequately advise Mr. Garcia-Medina of the potential time he is facing under the potential resolution, the undersigned is requesting a court order seeking a pre-plea criminal history calculation.

///

///

///

///

2. This calculation is requested because Mr. Garcia- Medina is potentially a career criminal and it is unclear how many convictions he has that could be used for his calculation.

DATED this __13th__ day of August, 2018.

                                                LOBO LAW PLLC

                                      /s/_____*Adrian M. Lobo*_____

                                              ADRIAN M. LOBO
                                               Counsel for Defendant

**ADRIAN M. LOBO, ESQ.**
Lobo Law PLLC
Nevada Bar #10919
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 290-8998
Fax: (702) 442-2626
Email: adrianlobo@lobolaw.net
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **2:17-cr-00359-RFB-GWF-1** |
| Plaintiff, | |
| vs. | **ORDER FOR PRE-PLEA CRIMINAL HISTORY CALCULATION** |
| EFRAIN GARCIA-MEDINA, | |
| Defendant. | |

## **ORDER**

IT IS THEREFORE ORDERED that the United States Probation Office shall prepare a criminal history calculation for the Defendant to determine his potential sentence exposure under the Guilty Plea Agreement, in accordance with the Federal Sentencing Guidelines.

DATED this ___15th___ day of August, 2018

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of August, 2018 the undersigned served the foregoing **MOTION FOR PRE-PLEA CRIMINAL HISTORY CALCULATION & ORDER FOR PRE-PLEA CRIMINAL HISTORY CALCULATION** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/ *Alejandra Romero*
An employee of Lobo Law PLLC